```
              UNITED STATES BANKRUPTCY COURT FOR
               THE EASTERN DISTRICT OF PENNSYLVANIA
```

In Re:     TAMMY STEWART        :    CHAPTER  13
                                :
                                :
           DEBTOR                :    BANKRUPTCY NO. 13-12888SR

### AMENDED ORDER TO PAY THE CHAPTER 13 TRUSTEE

Upon representation of the Trustee, or other interested party, the Courts finds:

The above-named Debtor has pending in this Court a case under Chapter 13 of Title 11 U.S.C. and, pursuant to the provisions of said statute and of the Debtor's Plan, the Debtor has submitted such portion of his future earnings or income to the control of the Trustee as is necessary for the execution of the Debtor's Plan; and

Under the provisions of 11 U.S.C. § 1325$^{©}$ an entity may be required, upon Order of this Court, to pay over such portion of the wages, earnings or income of the Debtor as may be needed to effectuate said Plan, and that such an Order is necessary and proper, now therefore,

IT IS ORDERED, that, for a period of **14 months**, or until further Order of this Court, **UPHS, Payroll Department, 3400 Spruce Street, Philadelphia, PA 19104** shall deduct from the account\income of Debtor the sum of **$685.00** each **month** following the receipt of this Order and deduct a similar amount each month for 14 months. The payments shall be sent to:

```
            Frederick L. Reigle, Esquire
            Chapter 13 Trustee
            PO Box 680
            Memphis, TN 38101-0680
            Include Bankruptcy No. (13-12888SR)
```

IT IS FURTHER ORDERED that all earnings, wages and income of the Debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any state or political subdivision, or by any insurance, pension or union dues agreement between said entity and the Debtor, or by Order of this Court, be paid to the aforesaid Debtor in accordance with the entity's usual payment procedure.

IT IS FURTHER ORDERED that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of said Debtor.

IT IS FURTHER ORDERED that this Order supersedes previous orders, if any, made to the subject entity in this or any previous case.

Date: <u>February 21, 2017</u>

*[signature: Stephen Raslavich]*

THE HONORABLE STEPHEN RASLAVICH