United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tammy T. Stewart  
      Debtor

Case No. 13-12888-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Feb 22, 2017  
                       Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.  
db         +Tammy T. Stewart,    4913 Cedar Avenue,    Philadelphia, PA 19143-2013  
             +UPHS Payroll Department,    3400 Spruce Street,    Philadelphia, PA 19104-4238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:  
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
            MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,  
            bkecf@milsteadlaw.com  
            POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
            ecf_frpa@trustee13.com  
            THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
            ZACHARY PERLICK    on behalf of Debtor Tammy T. Stewart Perlick@verizon.net,  
            pireland1@verizon.net  
                                                                                                    TOTAL: 7

```
              UNITED STATES BANKRUPTCY COURT FOR
              THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:     TAMMY STEWART          :     CHAPTER  13
                                  :
                                  :
           DEBTOR                 :     BANKRUPTCY NO. 13-12888SR
```

### AMENDED ORDER TO PAY THE CHAPTER 13 TRUSTEE

Upon representation of the Trustee, or other interested party, the Courts finds:

The above-named Debtor has pending in this Court a case under Chapter 13 of Title 11 U.S.C. and, pursuant to the provisions of said statute and of the Debtor's Plan, the Debtor has submitted such portion of his future earnings or income to the control of the Trustee as is necessary for the execution of the Debtor's Plan; and

Under the provisions of 11 U.S.C. § 1325© an entity may be required, upon Order of this Court, to pay over such portion of the wages, earnings or income of the Debtor as may be needed to effectuate said Plan, and that such an Order is necessary and proper, now therefore,

IT IS ORDERED, that, for a period of **14 months**, or until further Order of this Court, **UPHS, Payroll Department, 3400 Spruce Street, Philadelphia, PA 19104** shall deduct from the account\income of Debtor the sum of **$685.00** each **month** following the receipt of this Order and deduct a similar amount each month for 14 months. The payments shall be sent to:

```
              Frederick L. Reigle, Esquire
              Chapter 13 Trustee
              PO Box 680
              Memphis, TN 38101-0680
              Include Bankruptcy No. (13-12888SR)
```

IT IS FURTHER ORDERED that all earnings, wages and income of the Debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any state or political subdivision, or by any insurance, pension or union dues agreement between said entity and the Debtor, or by Order of this Court, be paid to the aforesaid Debtor in accordance with the entity's usual payment procedure.

IT IS FURTHER ORDERED that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of said Debtor.

IT IS FURTHER ORDERED that this Order supersedes previous orders, if any, made to the subject entity in this or any previous case.

Date:  **February 21, 2017**

_____
THE HONORABLE STEPHEN RASLAVICH