```
            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:    TAMMY STEWART          :    CHAPTER 13
                                 :
                                 :
          DEBTOR                 :    Bankruptcy No. 13-12888

                          ORDER
```

AND NOW, this _____ day of _____, 2017, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

**Dated: March 23, 2017**

*Stephen Raslavich*

_____
THE HONORABLE STEPHEN RASLAVICH

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Frederick L. Reigle, Trustee
PO Box 4010
Reading, PA 19606

TAMMY STEWART
4913 Cedar Ave.
Philadelphia, PA 19143