# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | TAMMY STEWART | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 13-12888 SR |

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

    Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee and costs award: | $500.00 |
| Attorney fee already paid by Debtor | $  0.00 |
| Net amount to be paid by the Trustee | $500.00 |

_____
THE HONORABLE STEPHEN RASLAVICH

Dated: **March 23, 2017**