UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: TAMMY STEWART            :     CHAPTER  13
                                :
                                :
        DEBTOR                  :     BANKRUPTCY No. 13-12888JKF

ORDER

AND NOW, this          day of           , 2018, upon consideration of the Debtor's Application to Vacate the Wage Attachment, it is hereby ORDERED that said Application is GRANTED, and the Wage Order is hereby vacated.

BY THE COURT:

*(signature)*

**Date: May 11, 2018**

THE HONORABLE JEAN K. FITZSIMON

Service List:
Frederick L. Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

TAMMY STEWART
4913 Cedar Ave.
Philadelphia, PA 19143

All parties on the Matrix