United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-12888-jkf
Tammy T. Stewart                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1            Date Rcvd: May 11, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db           +Tammy T. Stewart,    4913 Cedar Avenue,    Philadelphia, PA 19143-2013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
         DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         ZACHARY   PERLICK    on behalf of Debtor Tammy T. Stewart Perlick@verizon.net,
          pireland1@verizon.net
                                                                                                           TOTAL: 8

```
              UNITED STATES BANKRUPTCY COURT FOR
              THE EASTERN DISTRICT OF PENNSYLVANIA


In Re: TAMMY STEWART          :      CHAPTER  13
                              :
                              :
       DEBTOR                 :      BANKRUPTCY No. 13-12888JKF



                             ORDER


     AND NOW, this       day of          , 2018, upon

consideration of the Debtor's Application to Vacate the Wage

Attachment, it is hereby ORDERED that said Application is GRANTED,

and the Wage Order is hereby vacated.



                                   BY THE COURT:
```

**Date: May 11, 2018**

```
                                   _____
                                   THE HONORABLE JEAN K. FITZSIMON

Service List:
Frederick L. Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

TAMMY STEWART
4913 Cedar Ave.
Philadelphia, PA 19143

All parties on the Matrix
```