Certificate Number: 03461-PAE-DE-031748219

Bankruptcy Case Number: 13-12888



03461-PAE-DE-031748219

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 9, 2018</u>, at <u>11:57</u> o'clock <u>AM EDT</u>, <u>Tammy Stewart</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Credit Counseling Service of Delaware Valley dba Clarifi</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  October 11, 2018

By:  /s/Christine Medina

Name:  Christine Medina

Title:  Counselor